CR 17-247
PAM/SER

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INDICTMENT** |
| Plaintiff, | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(A) |
| v. | ) 21 U.S.C. § 846 |
| | ) 21 U.S.C. § 853 |
| 1.  DIEGO ALEJANDRO GIRON, and | ) |
| 2.  DEREK LEROY THIELEN, | ) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy To Distribute Methamphetamine)

From in or about the summer of 2017 and continuing through on or about September 11, 2017, in the State and District of Minnesota, the defendants,

**DIEGO ALEJANDRO GIRON**, and
**DEREK LEROY THIELEN**,

did unlawfully, knowingly and intentionally conspire with each other and with others, known and unknown to the grand jury, to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.



SCANNED
SEP 27 2017
U.S. DISTRICT COURT MPLS

## COUNT 2
(Distribution of Actual Methamphetamine)

On or about August 22, 2017, in the State and District of Minnesota, the defendant,

**DIEGO ALEJANDRO GIRON,**

did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3
(Distribution of Methamphetamine)

On or about August 29, 2017, in the State and District of Minnesota, the defendant,

**DIEGO ALEJANDRO GIRON,**

did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4
(Distribution of Methamphetamine)

On or about September 11, 2017, in the State and District of Minnesota, the defendant,

**DIEGO ALEJANDRO GIRON,**

did unlawfully, knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 5
(Possession With Intent To Distribute Methamphetamine)

On or about September 11, 2017, in the State and District of Minnesota, the defendant,

**DIEGO ALEJANDRO GIRON,**

did unlawfully, knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 6
(Possession With Intent To Distribute Methamphetamine)

On or about September 11, 2017, in the State and District of Minnesota, the defendant,

**DEREK LEROY THIELEN,**

did unlawfully, knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE ALLEGATIONS

If convicted of any of the counts of this of this indictment, the defendants,

**DIEGO ALEJANDRO GIRON, and
DEREK LEROY THIELEN,**

shall forfeit to the United States any property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of each such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of each such violation. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p); all pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY    FOREPERSON